IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAY N. GARDNER and RACHEL B. GARDNER,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>NATIONSTAR MORTGAGE, LLC, et al.,<br><br>　　　　　　　　　　Defendants.<br>_____<br>JAY N. GARDNER and RACHEL B. GARDNER,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>NATIONSTAR MORTGAGE, LLC, et al.,<br><br>　　　　　　　　　　Defendants.<br>_____ | No. 2:13-cv-1641-HRH<br>[Consolidated with<br>No. 2:13-cv-2478-HRH] |

O R D E R

Motion to Amend

By order of January 30, 2015, in Gardner v. Nationstar Mortgage, LLC, No. 2:13-cv-2478, plaintiffs were given leave to amend. Plaintiffs' motion to amend was filed in the -2478 case.[1] Proceedings on the motion to amend were delayed because of a further motion to consolidate the -2478 case into the -1641 case. On March 20, 2015, the

---

[1] Docket No. 48 in Gardner v. Nationstar Mortgage, LLC, No. 2:13-cv-2478.

two cases were ordered consolidated.[2]  The motion to amend is opposed by the AMSL Defendants (Japp, Goff, and the AMSL entities).[3]  The Nationstar Defendants (Nationstar Mortgage, LLC, T.D. Service Company of Arizona, and U.S. Bank, N.A.)  join in the AMSL Defendants' response.[4]  Plaintiffs have replied.[5]  Oral argument has been requested but is not deemed necessary.

Although plaintiffs' motion to amend was a first such motion in the -2478 case, if the instant motion is granted, the new complaint would be the plaintiffs' fourth amended complaint in the -1641 case.  The multiple complaints in the -1641 case were not occasioned by any bad faith or dilatory conduct.  The problems were mismanagement of the case by plaintiffs' former counsel and new information.  The court perceives no prejudice to any party.

In opposing the motion to amend, the responding defendants contend that the amendment as to them would be futile.  The court does not see it that way.  It is the court's perception that the responding defendants are in substance asking the court to rule on the merits of a substantial dispute between the parties as to factual and legal matters.

The motion to amend is granted.  Plaintiffs' proposed amended complaint shall be revised to reflect that it is a fourth amended complaint in the consolidated case of Gardner v. Nationstar Mortgage, LLC, No. 2:13-cv-1641, and shall be served and filed.

DATED at Anchorage, Alaska, this  23rd  day of April, 2015.

/s/ H. Russel Holland
United States District Judge

---

[2] Docket No. 55 in Gardner v. Nationstar Mortgage, LLC, No. 2:13-cv-2478, and Docket No. 71 in Gardner v. Nationstar Mortgage, LLC, No. 2:13-cv-1641.

[3] Docket No. 72.

[4] Docket No. 73.

[5] Docket No. 77.