**EXHIBIT 1**

Unofficial Document

FIDELITY NATIONAL TITLE

20

When Recorded Mail To:

Mr. and Mrs. Jay N. Gardner
3601 E. Mountain View Rd.
Phoenix, AZ 85028

21
sa

Escrow No. 21006352-DY

1/2

## WARRANTY DEED

For the consideration of Ten and 00/100 Dollars, and other valuable consideration, I or we,
ARLYNE CLAY, TRUSTEE and GARY A. CLAY, TRUSTEE of the
Harold E. Trust dated August 15, 1973

the GRANTORS do hereby convey to

Jay N. Gardner and Rachel B. Gardner, Husband and Wife

the GRANTEES
the following described real property situated in Maricopa County, Arizona:
The North 205 feet of the West half of the Northwest quarter of the Northwest quarter of the Southeast quarter of Section 25, Township 3 North, Range 3 East of the Gila and Salt River Base and Meridian, Maricopa County, Arizona.

SUBJECT TO: Current taxes, assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions and restrictions as may appear of record.

And the Grantor(s) do(es) warrant the title against all persons whomsoever, subject to the matters above set forth.

PER ARS 33-404 THE BENEFICIARIES OF THE ABOVE MENTIONED TRUST ARE PER EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.
DATED: April 20, 2007

STATE OF ARIZONA
COUNTY OF ___Maricopa___
This instrument was acknowledged before me this
___30___ day of
___April___, 2007
by ___Arlyne Clay, Trustee and
Gary A. Clay, Trustee___

Signature _____
Notary Public

My Commission Expires: __10·14·07__

Harold E. Trust dated August 15, 1973

By: _____
Arlyne Clay, Trustee

By: _____
Gary A. Clay, Trustee

Thomas Jackson
Notary Public - Arizona
Maricopa County
My Commission Expires
October 14, 2007

FNTA (Rev 6/96)                                    WARRANTY DEED

## BENEFICIARIES OF TRUST

Re: Escrow No. 21006352

The H.E. Clay "C" Trust

The names and addresses of the beneficiaries of the Trust, which must be disclosed on the Deed, are as follows:

Name: Aalynn M. Clay
Address: 4905 E. Willa Theresa Scottsdale AZ 85254

Name: Grey A. Clay
Address: 9601 N. 26st Pl, AZ 85028

Name: _____

Address: _____

Name: _____

Address: _____

We hereby certify that the above information is true and correct:

Unofficial Document

_Aalynn M Clay, Trustee_
Trustee                               Date

_[signature]_
Trustee                               Date

When Recorded Mail To:

Mr. and Mrs. Jay N. Gardner
3601 E. Mountain View Rd.
Phoenix, AZ 85028

Escrow No. 21006352-DY

## ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP

Jay N. Gardner and Rachel B. Gardner each for himself or herself and jointly, but not for the other, state that:

The undersigned have offered to purchase the real property situated in Maricopa County described as follows: The North 205 feet of the West half of the Northwest quarter of the Northwest quarter of the Southeast quarter of Section 25, Township 3 North, Range 3 East of the Gila and Salt River Base and Meridian, Maricopa County, Arizona.

That each of the undersigned, individually and jointly as such Grantees, hereby declare that it is their intention to accept such conveyance as community property with right of survivorship, and not as community property estate and not as tenants in common, and to acquire any interest in said real property under said deed as community property with right of survivorship, and not as a community property estate and not as tenants in common.

That by the execution and delivery to Fidelity National Title of this "Acceptance Community Property With Right of Survivorship" of the undersigned intend to evidence their acceptance of said deed as community property with right of survivorship, and hereby direct and authorize Fidelity National Title as Escrow Agent to attach this "Acceptance of Community Property With Right of Survivorship" to such deed upon its execution and delivery and to record the "Acceptance" together with such deed.

DATED: April 20, 2007

STATE OF ARIZONA
COUNTY OF _____
This instrument was acknowledged before me this ____ day of _____ 2007
by _____

Signature _____
Notary Public

My Commission Expires: _____

Jay N. Gardner

Rachel B. Gardner

OFFICIAL SEAL
DEBORAH ANN GANO
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires Dec. 12, 2009

FNTA (Rev 4/98)      ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP