**EXHIBIT 7**

Recording Requested By:
AURORA BANK FSB

When Recorded Return To:

ASSIGNMENT PREP
AURORA BANK FSB
P.O. Box 1706
Scottsbluff, NE 69363-1706

98.
Ho:

## CORPORATE ASSIGNMENT OF DEED OF TRUST

Maricopa, Arizona
REF #:0124453663 "GARDNER"

MERS #: 100013800921615791  SIS #: 1-888-679-6377

Date of Assignment: September 21st, 2011
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR GREENPOINT MORTGAGE FUNDING, INC., ITS SUCCESSORS AND/OR ASSIGNS at 1901 E VOORHEES STREET, SUITE C, DANVILLE, IL  61834
Assignee: AURORA BANK FSB at 1000 N. WEST STREET, STE 200, WILMINGTON, DE  19801

Executed By: JAY N GARDNER AND RACHEL B GARDNER, HUSBAND AND WIFE
To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC AS NOMINEE FOR GREENPOINT MORTGAGE FUNDING, INC.
Date of Deed of Trust: 04/19/2007 Recorded: 04/30/2007 as Instrument No.: 20070500849 In the County of Maricopa, State of Arizona.

For value received, the said Assignor hereby assigns and transfers to Assignee all its right, title and interest in and to said Deed of Trust.  IN WITNESS WHEREOF, the assignor has executed these presents the day and year first above written:

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR GREENPOINT MORTGAGE FUNDING, INC., ITS SUCCESSORS AND/OR ASSIGNS
On September 21st, 2011

By: _____
STACY SANDOZ, Vice-President

*RRG*RRGALSI*09/21/2011 08 38.27 AM* ALSI01ALSIA00000000000000000749158* AZMARIC* 0124453663 AZSTATE_ALSI_TRUST_ASSIGN_ASSN **RRGALSI*

CORPORATE ASSIGNMENT OF DEED OF TRUST Page 2 of 2

STATE OF Nebraska
COUNTY OF Scotts Bluff

On September 21st, 2011, before me, DEB SEIBERT, a Notary Public in and for Scotts Bluff in the State of Nebraska, personally appeared STACY SANDOZ, Vice-President, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

*Deb Seibert*

DEB SEIBERT
Notary Expires: 03/23/2015

GENERAL NOTARY - State of Nebraska
DEB SEIBERT
My Comm. Exp. March 23, 2015

(This area for notarial seal)

Unofficial Document

*RRG*RRGALSI*09/21/2011 08 38 27 AM* ALSI01ALSIA00000000000000000749158* AZMARIC* 0124453663 AZSTATE_ALSI_TRUST_ASSIGN_ASSN **RRGALSI*