IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| JAY N. GARDNER and RACHEL B. GARDNER | v. | NATIONSTAR MORTGAGE, et al. |
| JUDGE H. RUSSEL HOLLAND | | CASE NO.  2:13-cv-1641-HRH (Consol. with No. 2:13-cv-2478-HRH) |

PROCEEDINGS:   ORDER FROM CHAMBERS

      The parties' *Stipulated Motion to Extend Time for Plaintiffs to File Responses to Motions to Dismiss and Motion to Strike*,[1] filed June 16, 2015, is approved. The time for plaintiffs to respond to the two pending motions to dismiss and the motion to strike is extended to and including July 10, 2015.

---

[1] Docket No. 90.

Order from Chambers – Stipulation for Extension of Time — - 1 -