IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

JAY N. GARDNER and
RACHEL B. GARDNER       v.    NATIONSTAR MORTGAGE, et al.

JUDGE H. RUSSEL HOLLAND        CASE NO.   2:13-cv-1641-HRH
                               (Consol. with No. 2:13-cv-2478-HRH)

PROCEEDINGS:   ORDER FROM CHAMBERS

The AMSL Defendants' Motion to Extend the Page Limitation for Its Reply in Support of Motion to Dismiss Fourth Amended Complaint,[1] filed July 21, 2015, is granted, and the page limitation for defendants Starlet J. Japp, Clayton Goff, and AMSL Legal Group, LLP, to reply is extended to 15 pages, exclusive of the certificate of service.

---

[1]Docket No. 99.

Order from Chambers – Extension of Page Limitation                            - 1 -