**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CIVIL MINUTES - GENERAL**

Phoenix Division

 **2:13-cv-01641-HRH**                              DATE: November 5, 2015
Year Case No  Initials

Title: JAY N. GARDNER, et al          vs.  NATIONSIDE MORTGAGE LLC, et al
                Plaintiff                                  Defendant

=================================================================

HON: H. Russel Holland                          Judge # 7-08

 Robin Carter                                Robin Carter
        Deputy Clerk                                Court ECR

   **Attorney(s) for Plaintiff**            **Attorney(s) for Defendant(s)**

 Barbara Janet Forde                          Laura Elizabeth Sixkiller

                                              Stacey Faith Gottlieb

                                              Cameron Gabe LaDuke

=================================================================
**PROCEEDINGS:**       **X**    Open Court    _____Chambers    _____ Other

At 9:01 a.m. (Alaska Standard Time) court convened.

Court and counsel heard re Motions to Dismiss (dkts 87 & 89).

Oral Arguments heard.

Court and counsel heard re Motions to Dismiss (dkts 87 & 89); **TAKEN UNDER
ADVISEMENT.**  Written ruling to issue.

At 10:26 a.m. (Alaska Standard Time) court adjourned.

/_____/ Notice to Counsel

CivGen #10-1/94