**GREENBERG TRAURIG, LLP**
ATTORNEYS AT LAW
SUITE 700
2375 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
(602) 445-8000

Brian J. Schulman, SBN 015286; schulmanb@gtlaw.com
*Attorneys for Defendants Nationstar Mortgage, LLC,
T.D. Service Company of Arizona, and U.S. Bank, N.A.,
as Trustee of the Lehman XS Trust Mortgage Pass-
Through Certificates, Series 2007-15N*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAY N. GARDNER and RACHEL B. GARDNER, Husband and Wife;<br><br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware Limited Liability Company; T.D. SERVICE COMPANY OF ARIZONA, a California corporation; U.S. BANK, N.A., as TRUSTEE of the LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-15N; STARLET J. JAPP, a member of the California and Arizona State Bars; CLAYTON A. GOFF, a member of the Arizona, Texas, California and Nevada State Bars; AMSL LEGAL GROUP, LLC, aka AMSL LEGAL GROUP, LLP, fka ARONOWITZ MECKLENBURG SPITALNICK & LIEPOLD, LLP, a California Limited Liability Company; ABC Corporations 1-100; XYZ Limited Liability Companies 1-100; 123 Banking Associations 1-100; and DOES 1-100.<br><br>Defendants | Case No. 2:13-cv-01641-HRH<br><br>[Consolidated with No. 2:13-cv-02478-HRH]<br><br>**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER** |
| JAY N. GARDNER and RACHEL B. GARDNER, Husband and Wife;<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a foreign limited liability company authorized to conduct business in the State of Arizona; U.S. BANK, N.A. as Trustee of the LEHMAN XS TRUST CERTIFICATES SERIES 2007-15N; ABC corporations, Limited Liability Companies and Partnerships 1-100; and DOES 1-100. | |

PHX 331691564

Pursuant to Rule 26, Fed.R.Civ.P., the parties, by and through undersigned counsel, seek an order that will govern the use and disclosure of information that is deemed confidential by one or both of the parties. It is anticipated that discovery may include confidential, proprietary, and otherwise sensitive financial information of the parties. In order to preserve the confidential nature of documents and information produced in this action, and to promote the prompt resolution of disputes that may arise over the confidentiality of documents and information produced during the course of this action, the parties stipulate to and request that the Court grant the protective order lodged herewith.

DATED this 31st day of March, 2016.

GREENBERG TRAURIG LLP

By: */s/ Brian J. Schulman*
Brian J. Schulman
*Attorneys for Defendants Nationstar Mortgage, LLC, T.D. Service Company of Arizona, and U.S. Bank, N.A., as Trustee of the Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-15N*

BARBARA J. FORDE, P.C.

By: */s/ Barbara J. Forde (w/ permission)*
Barbara J. Forde
*Attorneys for Plaintiffs*

LAKE & COBB, P.L.C.

By: */s/ Cameron G. LaDuke (w/ permission)*
Cameron G. LaDuke
*Attorneys for Defendants AMSL Legal Group, LLP, Clayton A. Goff, and Starlet J. Japp*

LAW OFFICES
GREENBERG TRAURIG
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000

**CERTIFICATE OF SERVICE**

☒ I hereby certify that on March 31, 2016, I electronically transmitted the attached document to the Clerk's Office using CM/ECF System for filing and distribution to the following registered participants of the CM/ECF System:

Barbara J. Forde
Barbara J. Forde, P.C.
20247 N. 86th Street
Scottsdale, AZ 85255
Email: barbarajforde@gmail.com
*Attorney for Plaintiffs*

Cameron G. LaDuke
Lake & Cobb, P.L.C.
1095 W. Rio Salado Pkwy., Suite 206
Tempe, Arizona 85281
Email: claduke@lakeandcobb.com
*Attorneys for the AMSL Defendants*

By: */s/ Amy L. Hershberger*
Employee, Greenberg Traurig, LLP

LAW OFFICES
**GREENBERG TRAURIG**
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000

3

PHX 331691564