REPRESENTATION OF PRINTED DOCUMENT

 **Aurora** Bank FSB



EXHIBIT NO. _8_

1/10/17

C. Johnson

 June 15, 2012

REDACTED

JAY GARDNER
RACHEL GARDNER
3601 E MOUNTAIN VIEW RD
PHOENIX AZ 85028-4025

RE:  Aurora Bank FSB
Loan # REDACTED
Nationstar Mortgage LLC
Loan # REDACTED

Dear Customer(s):

You are hereby notified that the servicing of your loan, that is, the right to collect payments from you, is being transferred from Aurora Bank FSB (Aurora Bank) to Nationstar Mortgage LLC effective July 1, 2012. The assignment, sale or transfer of the servicing of the loan does not affect any terms or conditions of the loan instruments, other than terms directly related to the servicing of your loan.

Questions relating to the transfer of servicing from Aurora Bank before July 1, 2012 should be directed to Aurora Bank Customer Service Department at 1-800-550-0508 between 8:00 AM and 11:00 PM, Eastern Time Monday through Thursday, 8:00 AM to 9:00 PM ET Friday, and 8:00 AM to 4:00 PM ET Saturday.

If you have questions relating to your loan after June 30, 2012, please contact Nationstar Mortgage LLC's Customer Service.  The business address, toll-free telephone number and customer service hours for Nationstar Mortgage LLC are:

Nationstar Mortgage LLC
Customer Service
350 Highland Drive
Lewisville, Texas 75067
1-877-372-0512 Ext 95
8:00 AM to 8:00 PM CT, Monday through Thursday
8:00 AM to 5:00 PM CT, Friday

Effective July 1, 2012, please make your checks payable to Nationstar Mortgage LLC and mail to the address below.  Aurora Bank will forward any payments or correspondence received after June 30, 2012 to Nationstar Mortgage LLC for processing.  If your payments are currently paid through an automatic deduction from your checking or savings account, this service will continue uninterrupted.

Nationstar Mortgage LLC
Attn: Payment Processing
P. O. Box 650783
Dallas, Texas 75265-0783

If you are currently making your loan payment through government allotment or have established a third party relationship to automatically make payments on your behalf, please ensure that (1) you take the necessary steps to advise them of your new loan number and (2) that the payee's name is changed to Nationstar Mortgage LLC.

If you are currently a biweekly payment customer, this service will continue.  An agent for Nationstar Mortgage LLC will contact you with regard to your mortgage payments.

If you have been paying premiums for optional life, disability or accidental death insurance, these policies will **not** transfer to Nationstar Mortgage LLC.

In January 2013, you will receive a year-end statement from Nationstar Mortgage LLC reflecting  loan activity occurring between January 1, 2012 and December 31, 2012. This statement will be mailed no later than January 31, 2013.

You should also be aware of the following information, which is set out in more detail in Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. Section 2605):

During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by Aurora Bank before its due date may not be treated by your new servicer as late, and a late fee may not be imposed on you.

Section 6 of RESPA gives you certain consumer rights.  If you send a "qualified written request" to your loan servicer concerning the servicing of your loan, your servicer must provide you with a written acknowledgment within 20 business days of receipt of your request.  A business day is a day on which the offices of the business entity are open to the public for carrying on substantially all of its business functions.  A "qualified written request" is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name and account number and your reason for the request.

Not later than 60 business days after receiving your request, your servicer must make any appropriate corrections to your account and must provide you with a written clarification regarding any dispute.  During this 60-day period, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request.  However, this does not prevent the servicer from initiating foreclosure if proper grounds exist under the mortgage documents.

Section 6 of RESPA also provides the damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of that section.  You should seek legal advice if you believe your rights have been violated.

Home Affordable Modification Program;
If you previously provided information or documentation to Aurora Bank in support of your request for a possible loan modification under the federal government's Home Affordable Modification Program ("HAMP") or you have been established on a HAMP Trial Period Plan, Aurora Bank will be transferring all your documentation to Nationstar Mortgage LLC.

Until the transfer date, you should continue to make your monthly Trial Period Plan payments to Aurora Bank.  After the transfer date, you should make all Trial Period Plan payments to Nationstar Mortgage LLC, until such time that you are provided additional direction.

Prior to the transfer date, approval decisions regarding your request for a possible HAMP loan modification will be made by Aurora Bank. After the transfer date, approval decisions regarding your HAMP loan modification request will be made by Nationstar Mortgage LLC.

Other Loss Mitigation Options:
If you have previously provided information and documentation in support of your request for approval of other possible loss mitigation options (including a loan modification, repayment agreement, forbearance agreement, short sale, refinance or deed-in-lieu of foreclosure) Aurora Bank will be transferring all of your documentation to Nationstar Mortgage LLC.

Prior to the transfer date, approval decisions regarding your request for other possible loss mitigation options will be made by Aurora Bank. After the transfer date, approval decisions regarding your loss mitigation option request will be made by Nationstar Mortgage LLC.

Please retain this information with your loan documentation for future reference.  Aurora Bank appreciates the opportunity to provide service on your loan and for allowing us to be of service to you.

Sincerely,

Cassie Leet
Customer Service Manager

INTERNET REPRINT
**CONFIDENTIAL**

NAT_003933

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
20120789178   08/31/2012   02:11
ELECTRONIC RECORDING

985875Asgn-2-1-1--
ramirezp



EXHIBIT NO. _10_
1/10/17
C. Johnson

Recording Requested By
ServiceLink

After Recordation Return To:

Doc Administration
350 Highland Drive
Lewisville, TX 75067

TYPE OF DOCUMENT:   Assignment of Deed of Trust

| | |
|---|---|
| T.S. No.: | AZ-11-474537-CL |
| Order No.: | 985875 |
| Borrower(s) | JAY N. GARDNER, RACHEL B. GARDNER |
| Beneficiary: | Nationstar |

NAT_0005352

20120789178

UOO803745

Recording Requested By:

When Recorded Return To:

_____

## CORPORATE ASSIGNMENT OF DEED OF TRUST

Maricopa, Arizona
REF #:0124453663 "GARDNER"
INVESTOR'S LOAN #: 0124453663

Date of Assignment: June 28th, 2012
Assignor: AURORA BANK FSB at 2617 COLLEGE PARK, SCOTTSBLUFF, NE 69361
Assignee: NATIONSTAR MORTGAGE, LLC at 350 HIGHLAND DRIVE, LEWISVILLE,
TX 95067

Executed By: JAY N GARDNER AND RACHEL B GARDNER To: MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS, INC AS NOMINEE FOR GREENPOINT
MORTGAGE FUNDING, INC.
Date of Deed of Trust: 04/19/2007 Recorded: 04/30/2007 In Book/Reel/Liber: N/A
Page/Folio: N/A as Instrument No.: 20070500849 In the County of Maricopa, State of
Arizona.

For value received, the said Assignor hereby assigns and transfers to Assignee all its
right, title and interest in and to said Deed of Trust.

AURORA BANK FSB
On June 28th, 2012          Effective Date: 07/01/2012

By: _____
JULIE ERICKSON, Vice-President

STATE OF Nebraska
COUNTY OF Scotts Bluff

On June 28th, 2012, before me, GAY LOOSE, a Notary Public in and for Scotts Bluff in
the State of Nebraska, personally appeared JULIE ERICKSON, Vice-President,
personally known to me (or proved to me on the basis of satisfactory evidence) to be
the person(s) whose name(s) is/are subscribed to the within instrument and
acknowledged to me that he/she/they executed the same in his/her/their authorized
capacity, and that by his/her/their signature on the instrument the person(s), or the
entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____
GAY LOOSE
Notary Expires: 02/23/2015

GENERAL NOTARY - State of Nebraska
GAY LOOSE
My Comm. Exp. Feb. 23, 2015

(This area for notarial seal)

"HCA*HCAALSI*06/28/2012 08:58:13 AM* ALSI01ALSIAC0000000000000000933647* AZMARIC* 0124453663 AZSTATE_ALSI_TRUST_ASSIGN_ASSN **SBALSI*

NAT_0005353

3. 4-15

Nationstar Mortgage, LLC
PO Box 9095
Temecula, CA 92589-9095

Send Payments to:
Nationstar Mortgage
350 Highland Drive
Lewisville, TX  75067-4177



7196 9006 9296 5778 8005

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Richardson

EXHIBIT NO. 11

1/10/17
C. Johnson

20130304-160

JAY N GARDNER
RACHEL B GARDNER
3601 E MOUNTAIN VIEW RD
PHOENIX, AZ 85028-4025



GEN_NOI

CONFIDENTIAL

NAT_004144

**CONFIDENTIAL**

**NAT_004145**



03/04/2013

Sent Via Certified Mail
7196 9006 9296 5778 8005

JAY N GARDNER
RACHEL B GARDNER
3601 E MOUNTAIN VIEW RD
PHOENIX, AZ 85028-4025

Loan Number:          REDACTED
Property Address:     3601 E MOUNTAIN VIEW RD
                      PHOENIX, AZ 85028

Dear JAY N GARDNER and RACHEL B GARDNER:

You are hereby provided formal notice by Nationstar Mortgage, LLC, the Servicer of the above-referenced loan, on behalf of "U.S. Bank National Association as trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-15N", the Creditor to whom the debt is owed, that you are in default under the terms and conditions of the Note and Security Instrument (i.e. Deed of Trust, Mortgage, etc.), for failure to pay the required installments when due.

This letter serves as further notice that Nationstar Mortgage, LLC intends to enforce the provisions of the Note and Security Instrument. You must pay the full amount of the default on this loan by the thirty-fifth (35th) day from the date of this letter which is 04/08/2013 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). If you do not pay the full amount of the default, we may accelerate the entire sum of both principal and interest due and payable, and invoke any remedies provided for in the Note and Security Instrument, including but not limited to the foreclosure sale of the property. If you received a bankruptcy discharge which included this debt, this notice is not intended and does not constitute an attempt to collect a debt against you personally; notice provisions may be contained within your mortgage/deed of trust which notice may be required prior to foreclosure.

You are hereby informed that you may have the right to "cure" or reinstate the loan after acceleration and the right to assert in a foreclosure proceeding, or to bring a court action to assert, the non-existence of a default or any other defense you may have to acceleration and sale.

As of 03/04/2013 the amount of the debt that we are seeking to collect is $10,082.11, which includes the sum of payments that have come due on and after the date of default 01/01/2013, any late charges, periodic adjustments to the payment amount (if applicable) and expenses of collection. Because of interest, late charges, and other charges or credits that may vary from day to day, or be assessed during the processing of this letter, the amount due on the day that you pay may be greater. Please contact Nationstar Mortgage, LLC at 1-888-480-2432 on the day that you intend to pay for the full amount owed on your account. This letter is in no way intended as a payoff statement for your mortgage, it merely states an amount necessary to cure the current delinquency.



GEN_NOI
Page 1 of 3

7196 9006 9296 5778 8005

CONFIDENTIAL                        NAT_004146

Please note, however, that your right to cure this default as referenced herein does not suspend your payment obligations. Pursuant to the terms of the Note, your **04/01/2013** installment is still due on **04/01/2013** (or if said date(s) falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). In addition, any subsequent advances made by the Servicer to protect their lien position must be added to the total amount necessary to cure the default. Please disregard this notice if a payment sufficient to cure the default has already been sent.

A "CURE" or "Reinstatement Right" similar to that described in the prior paragraph may be available in many states. If, at any time, you make a written request to us not to be contacted by phone at your place of employment, we will not do so. If, at any time, you make a written request to us not to contact you, we will not do so, except to send statutorily and/or contractually required legal notice.

Nationstar Mortgage, LLC would like you to be aware that if you are unable to make payments or resume payments within a reasonable period of time due to a reduction in your income resulting from a loss or reduction in your employment, you may be eligible for Homeownership Counseling. To obtain a list of HUD approved counseling agencies, please call 1-800-569-4287 or by visiting http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You may also contact the Homeownership Preservation Foundation's Hope hotline at 1-888-995-HOPE (4673).

**Attention Servicemembers and Dependents**: Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA"). SCRA and certain state laws provide important protections for you, including prohibiting foreclosure without a court order. If you are currently in the military service, or have been within the last 12 months, please notify Nationstar Mortgage, LLC immediately. When contacting Nationstar Mortgage, LLC as to your military service, you may be required to provide positive proof as to your military status. Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. Homeowner counseling is also available at agencies such as Military OneSource (www.militaryonesource.mil; 1-800-342-9647) and Armed Forces Legal Assistance (http://legalassistance.law.af.mil), and through HUD-certified housing counselors (http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm). You can also contact us toll-free at 1-888-480-2432 if you have questions about your rights under SCRA.

You are notified that this default and any other legal action that may occur as a result thereof may be reported to one or more local and national credit reporting agencies by Nationstar Mortgage, LLC. Nationstar Mortgage, LLC requests that all payments be made in **certified funds, cashier's check or money order(s)** payable to and mailed to **Nationstar Mortgage, LLC** at **350 Highland Drive, Lewisville TX 75067-4177**. You may contact Nationstar Mortgage, LLC at 1-888-480-2432 should you have servicing questions regarding your account or by mail at 350 Highland Drive, Lewisville, TX 75067-4177. You may have options available to you to help you avoid foreclosure. Please contact Nationstar Mortgage, LLC's Loss Mitigation Department at 1-888-480-2432 or by visiting www.nationstarmtg.com for additional information and to see what options are available to you.

The matters discussed herein are of extreme importance. We trust you will give them appropriate attention.

Sincerely,

Kathleen Dunlap
Assigned Foreclosure Prevention Specialist
Nationstar Mortgage, LLC
1-8663162432 ext. 4833
350 Highland Drive
Lewisville, TX 75067-4177

7196 9006 9296 5778 8005

**CONFIDENTIAL**

**NAT_004147**

FEDERAL LAW REQUIRES US TO ADVISE YOU THAT NATIONSTAR MORTGAGE, LLC IS A DEBT COLLECTOR AND THAT THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE. TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED OR IS SUBJECT TO THE AUTOMATIC STAY IN A BANKRUPTCY PROCEEDING, THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT AN INDEBTEDNESS AS YOUR PERSONAL OBLIGATION. IF YOU ARE REPRESENTED BY AN ATTORNEY, PLEASE PROVIDE US WITH THE ATTORNEY'S NAME, ADDRESS AND  TELEPHONE NUMBER.

GEN_NOI
Page 3 of 3

7196 9006 9296 5778 8005

**CONFIDENTIAL**

**NAT_004148**





Pite Duncan, LLP
4375 Jutland Drive
San Diego, CA 92117-3600

RE:  Enclosed is a Nationstar foreclosure referral

*Please initiate foreclosure proceedings on the below referenced loan in the name of:*

Nationstar Mortgage LLC

Do not foreclose in the name of MERs. Review the MERS Idenitifer Number information to determine if a file is currently MERs file, prepare an assignment out of MERs for execution by Nationstar.

| LOAN INFORMATION | |
|---|---|
| Loan Number | 0600403745 |
| Loan Type | 3 |
| Lien Position | 1 |
| Investor's Loan No | 124453663 |
| MERs identifier | 100013800921615791 |
| Due Date | 01/01/2013 |
| Property Type | Single Family Detached |
| Mortgagor Name(s) | JAY GARDNER, RACHEL GARDNER |
| Property Address | 3601 E MOUNTAIN VIEW RD PHOENIX AZ 85028 |
| Mailing Address | 3601 E MOUNTAIN VIEW RD PHOENIX AZ 85028 |
| S/S Number(s) | 9974, 3660 |
| **FINANCIALS** | |
| Original Principal Balance 1st | $960,000.00 |
| Principal Balance | $1,069,810.19 |
| Escrow Balance | $910.68 |
| Suspense Balance | $0.00 |
| Interest Rate | 2.75% |
| Principal and Interest Payment 1st | $2,451.65 |
| Occupancy Status | Owner Occupied |



Referral instructions and supporting documentation can be found uploaded into LPS Document Management Classic.

The following standard items should be included in your referral package to adequately complete your first legal/complaint milestone. If any of the items below are missing from your referral package, you will receive them within the next 5 to 10 business days. Additional information will be uploaded into LPS Document Management Classic on the missing item(s).

- Social Security Number for Military Check
- Copy of Demand in WALZ Trackright System
- Title Ordered
- Occupancy Status
- FC Vesting Instruction
- Deceased Borrower Information (as applicable)
- Declarations (CA, CT, WA)
- Copy of Original Title Policy
- Copies of Original Note _Mortgage
- Assignment of Mortgage
- Payoff Figures with Breakdown
- Reinstatement Figures with Breakdown

If any additional information is needed, please open the appropriate Issue or Process (for information or document requests) or a Hold (for files which cannot proceed) in LPS Process Management instead of sending an email on these matters. If your firm has an attachment such as a title worksheet, please upload the form into LPS Document Management Classic and advise that you have done so in the Issue or Hold.

<u>Original Document States:</u>

If you are in an Original Document state/county, originals will be sent to you by the Document Administration group within 5 business days after referral. Further instruction or validation will be done on the verified standing requirement, if not completed by Nationstar internally prior to referral.

<u>Direct Source Firms:</u>

If you are a Direct Source firm, you will be required to use your Citrix access to pull your own copies of the note _mortgage, payoff and reinstatement figures with breakdowns, and deceased borrower information.

The loan referenced has passed validation on the following waterfall hierarchy and is ready for referral. The validation has included the following checks: The customer is not under any active Loss Mitigation workout or foreclosure alternative. The customer is not currently under any SCRA protection according to our records. The customer has a valid expired demand. All required approvals have been obtained.



| Validation Waterfall |
| --- |
| Bankruptcy |
| SCRA Protection |
| Active Litigation |
| Recent Acquisition < 10 days |
| Valid Demand Expired |
| Loss Mitigation HAMP Active |
| Loss Mitigation Non HAMP Active |
| Loss Mitigation Required Solicitations Pending |
| Reasonable Effort Met (as applicable) |
| Investor Approval |
| FHA Committee Approval (as applicable) |
| Declarations (CA, CT, WA) |
| Required Mediation (as applicable) |
| Suspense Reviewed |

AMSL 0000020



EXHIBIT NO. 13
1/13/17
C. Johnson

📁 **Loan Screen**

| Add to Desktop

Loan REDACT

**Servicer:** Nationstar Mortgage    **Loan:** REDAC    Tool Menu

Loan Information

┌─ Loan Information ─────────────────────────────────────────────────────────┐

| | | | |
|---|---|---|---|
| Loan Classification | Foreclosure | Loan Term | 40 |
| Loan Type | (redacted) | Escrow Balance | (redacted) |
| Loan Position | 1 | P/I Payment | (redacted) |
| Loan Origination | | Payment Frequency | Monthly |
| First Payment | 05/01/2007 | Interest Calculaton Method | Normal Amortizaton |
| Next Payment | (redacted) | Interest Calculaton Method | Normal Amortizaton |
| Original Loan Amount | 960000.00 | Interest Calculaton Method | Normal Amortizaton |
| Original Interest Rate | 1.00000 | Suspense Balance | |
| Current Loan Amount | (redacted) | Occupancy Status | Owner Occupied |
| Current Interest Rate | (redacted) | HI Certification Number | |
| Net Amount Due | 14368.48 | Portfolio Indicator | HIGH BALANCE |

┌─ Investor Information ──────────────────┐  ┌─ Insurer Information ──────────────┐

| | | | | |
|---|---|---|---|---|
| Investor | (redacted) | | Insurer | Other |
| Investor Loan Number | REDA | | Insurer Loan Number | |
| Client Investor Code | AI7 | | | |
| Client Investor Name | LXS 2007-19N (GMAC) | | | |
| MERS: REG | N | | | |
| MERS: MIN NO | 100013800921615791 | | | |
| MERS: MOM IND | | | | |
| Action in the Name Of | (redacted) | | | |

CONFIDENTIAL                                                    TD_000185



EXHIBIT NO. 14
1/11/17
C. Johnson

 



SINCE 1964

## TD SERVICE COMPANY

Date:   April 12, 2013
T.S. Number:  B542314 AZ
Unit Code:  B
Loan No:  REDACTED GARDNER
Investor No:  REDACTED

Esther Valenzuela
Pite Duncan 2013
4375 Jutland Drive
San Diego, CA  92117

Dear Esther:

We are in receipt of your request to initiate a Trustee's Sale Proceeding under the above referenced loan.

As per your instructions, we will prepare and record the Notice of Trustee's Sale upon receipt of the executed documents enclosed.

Enclosed please find the following Item(s):

Sub/Appointment of Successor Trustee  **Please sign before a Notary Public and return**
Please review the document(s) carefully to ensure they meet with your approval.  Upon receipt, we will proceed with recording.

By executing the enclosed Substitution of Trustee, Statement of Breach and or Declaration of Default you hereby acknowledge that you have complied with Section 33-807.01 of the Arizona Revised Statute by attempting to contact the borrower to explore options and to avoid foreclosure.  This notice must be given at least thirty days prior to the recordation of the Notice of Trustee's Sale.  Loans which are covered under this statute are 1st Deeds of Trust, residential properties, where the DOT recorded 1-1-03 through 12-31-08.  Servicers that are compliant with Hamp are exempt.

It is advisable that you check with our office to verify the amount due for Trustee's fee and costs incurred prior to accepting any funds.

We appreciate the opportunity to assist you in this matter.

If you have any questions, please do not hesitate to call.

Sincerely,

Janina M Hoak
Trustee's Sale Tech III

Enclosures                                      Uploaded 4/12/13
LTRCOVER

(714) 543-TDSC (8372)  *  (800) 843-0260  *  FAX: (714) 541-4130  *  WWW.TDSF.COM
4000 W . METROPOLITAN DRIVE, SUITE 400, ORANGE CA 92868 * P.O. BOX 11988, SANTA ANA CA 92711-1988

**CONFIDENTIAL**                                      **TD_000172**

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
20130390424   04/30/2013   08:25
ELECTRONIC RECORDING

1367334131859-2-2-1--
ramirezp

RECORDING REQUESTED BY

T.D. SERVICE COMPANY

and when recorded mail to

T.D. SERVICE COMPANY
4000 W. METROPOLITAN DRIVE
SUITE 400
ORANGE, CA 92868

*Richardson*
**EXHIBIT NO.** 17
1/10/17
C. Johnson

730- 1301056-70 _____ Space above this line for recorder's use

## SUBSTITUTION OF TRUSTEE

T.S. No: B542314 AZ    Unit Code: B    Investor No: 124453663
Min No: 100013800921615791
AP #1: 165-15-016Q

NOTICE IS HEREBY GIVEN:  That the undersigned Beneficiary hereby appoints **T D SERVICE COMPANY**
OF ARIZONA, 4000 W. Metropolitan Dr. # 400, Orange, CA  92868
successor Trustee under the Deed of Trust described as:

Trustor:
JAY N GARDNER, RACHEL B GARDNER

Original Beneficiary:
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., (MERS) SOLELY AS NOMINEE FOR
GREENPOINT MORTGAGE FUNDING, INC.

Original Trustee:
MARIN CONVEYANCING CORP.

Recorded  April 30, 2007  as Instr/Seq No. 20070500849  in Book  XXX  Page  XXX  of Official Records in
the office of the Recorder of MARICOPA County; ARIZONA

THE NORTH 205 FEET OF THE WEST HALF OF THE NORTHWEST QUARTER OF THE NORTHWEST
QUARTER OF THE SOUTHEAST QUARTER OF SECTION 25, TOWNSHIP 3 NORTH, RANCGE 3 EAST
OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MARICOPA COUNTY, ARIZONA.

The successor Trustee appointed herein qualifies as a Trustee of the Trust Deed in the Trustee's capacity as an
Escrow Agent, as required by Arizona Revised statutes Section 33-803 Subsection A

20130390424

Page 2
T.S. No: B542314 AZ   Unit Code: B   Investor No: 124453663

Effective Date: 04/19/2013

NATIONSTAR MORTGAGE LLC        04/19/2013
                               Albert Nguende
BY ~~Albert Nguende~~

    Albert Nguende        Assistant Secretary

STATE OF TEXAS          )
COUNTY OF DENTON        )SS

On 4-19-13 before me, LeAntonee Hardrick , a Notary Public, personally appeared
Albert Nguende                              , who proved to me on the basis of
satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and
acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by
his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted,
executed the instrument.

I certify under penalty of perjury under the Laws of the State of Texas that the foregoing paragraph is
true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

LEANTONEE DEWAYNE HARDRICK
Notary Public, State of Texas
My Commission Expires
November 02, 2016

Description of Attached Document

Title or Type of Document: Substitution of Trustee
Document Date: 4-19-13 Number of pages 2

Signer(s) Other
Than Named Above: N/A

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
20130390425   04/30/2013   08:25
ELECTRONIC RECORDING

RECORDING REQUESTED BY

T.D. SERVICE COMPANY

1367334131859-2-2-2--
ramirezp

and when recorded mail to

T.D. SERVICE COMPANY
4000 W. METROPOLITAN DRIVE
SUITE 400
ORANGE, CA 92868

230 - 130105620 ·_____ Space above this line for recorder's use ___

Richardson
EXHIBIT NO. 18
1/10/17
C. Johnson

## NOTICE OF TRUSTEE'S SALE

T.S. No: B542314 AZ    Unit Code: B    Investor No: 124453663
Min No: 100013800921615791
AP #1: 165-15-016Q

T D SERVICE COMPANY OF ARIZONA, as duly appointed Trustee under the following described Deed of
Trust WILL SELL AT PUBLIC AUCTION TO THE HIGHEST BIDDER FOR CASH (in the forms which are
lawful tender in the United States), all right, title and interest conveyed to and now held by it under said Deed of
Trust

Recorded April 30, 2007  as Instr/Seq No. 20070500849  in Book  --- Page --- of Official Records in the
office of the Recorder of  MARICOPA  County;  ARIZONA said Deed of Trust describes the following property:

THE NORTH 205 FEET OF THE WEST HALF OF THE NORTHWEST QUARTER OF THE NORTHWEST
QUARTER OF THE SOUTHEAST QUARTER OF SECTION 25, TOWNSHIP 3 NORTH, RANGE 3 EAST
OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MARICOPA COUNTY, ARIZONA.

The street address is purported to be: 3601 EAST MOUNTAIN VIEW ROAD, PHOENIX, AZ 85028

Said sale of property will be made in "as is" condition without covenant or warranty, express or implied,
regarding title, possession, or encumbrances. Said sale will be held on:

AUGUST 1, 2013, AT 12:00 P.M. * IN THE COURTYARD TO THE SUPERIOR COURT BUILDING 201 W.
JEFFERSON, PHOENIX, AZ 85003

ORIGINAL PRINCIPAL BALANCE: $960,000.00

NAME AND ADDRESS OF BENEFICIARY:
NATIONSTAR MORTGAGE LLC
350 Highland Dr.
Lewisville, TX  75067

NAME AND ADDRESS OF ORIGINAL TRUSTOR:
JAY N GARDNER, RACHEL B GARDNER
3601 EAST MOUNTAIN VIEW ROAD
PHOENIX, AZ 85028-0000

NAME, ADDRESS AND TELEPHONE NUMBER OF CURRENT TRUSTEE:
T D SERVICE COMPANY OF ARIZONA, 4000 W. Metropolitan Dr. # 400, Orange, CA  92868

ALL INQUIRIES REGARDING THIS FORECLOSURE ACTION SHOULD BE DIRECTED TO:
Nationstar Mortgage 350 Highland Drive
Lewisville, TX  75067
(877) 450-8638

AMSL 0000092

20130390425

Page 2
T.S. No: B542314        Unit Code: B

Date: 4/29/2013

T D SERVICE COMPANY OF ARIZONA as said Trustee,

BY _____
KIMBERLY COONRADT-D'AMBROSIO, ASST SECRETARY

The successor Trustee appointed herein qualifies as a Trustee of the Trust Deed in the Trustee's capacity as an Escrow Agent, as required by Arizona Revised statutes Section 33-803 Subsection A

NAME OF TRUSTEE'S REGULATOR:  ARIZONA STATE BANKING DEPARTMENT

The Beneficiary may be attempting to collect a debt and any information obtained may be used for that purpose.

If the Trustee is unable to convey title for any reason, the successful bidder's sole and exclusive remedy shall be the return of monies paid to the Trustee, and the successful bidder shall have no further recourse.

If available, the expected opening bid and/or postponement information may be obtained by calling the following telephone number(s) on the day before the sale: (714) 480-5690 or you may access sales information at www.tacforeclosures.com/sales

STATE OF ___California___ )
COUNTY OF ___Orange___ )SS

On: 4/25/13 before me, JAMIE VAN KEIRSBELK, a Notary Public, personally appeared Kimberly Coonradt-D'Ambrosio, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the Laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

JAMIE VAN KEIRSBELK
COMM. # 2013677
NOTARY PUBLIC CALIFORNIA
ORANGE COUNTY
My comm. expires March 21, 2017

AMSL 0000093

 

Richardson
EXHIBIT NO. 19
1/13/17
C. Johnson



**TD SERVICE COMPANY**

Date: May 2, 2013
T.S. Number: B542314 AZ
Unit Code: B
Loan No: REDACTED GARDNER
Investor No: REDACTED

To Whom It May Concern:

The enclosed documents are your required notice of a scheduled foreclosure sale. The current Beneficiary of the Note and Deed of Trust described in the enclosed Statement of Breach and Notice of Trustee's Sale, has demanded that T.D. Service Company, as Trustee, exercise its power of sale as provided in the Deed of Trust.

If you have a legal interest in this property subordinate to the Deed of Trust being foreclosed, you may wish to take steps to protect your interest, which may be terminated.

Reinstatement of the delinquent loan may be made by cash or cashier's check in the full amount due prior to 5:00 p.m. on the last busines day before the scheduled foreclosure sale. Additional items such as outstanding taxes may need to be brought current prior to acceptance of full reinstatement.

If you have questions about your legal rights in the foreclosure, please contact an attorney or a governmental agency which may have insured your loan.

The Beneficiary may be attempting to collect a debt and any information obtained may be used for that purpose.

Sincerely,

Kimberly Conradt-D'Ambrogie
Trustee's Sale Officer

enclosure

LTRCRTAZ

(714) 543-TDSC (8372) * (800) 843-0260 * FAX: (714) 541-4130 * WWW.TDSF.COM
4000 W. METROPOLITAN DRIVE, SUITE 400, ORANGE CA 92868 * P.O. BOX 11988, SANTA ANA CA 92711-1988

**CONFIDENTIAL**

**TD_000160**

 





## TD SERVICE COMPANY

### DEBT VALIDATION NOTICE

Date: May 2, 2013
T.S. Number: B542314 AZ
Unit Code: B
Loan No: REDACTED GARDNER
Investor No: REDACTED

1.  The enclosed document relates to a debt owed to:
    NATIONSTAR MORTGAGE LLC
    c/o Pite Duncan 2013

2.  Your mortgage Loan with the above-referenced creditor has been referred to our office for foreclosure based
    upon a default under the terms of the subject Note and Deed of Trust. Pursuant to and in compliance with
    the Fair Debt Collection Practices Act (Federal(15USC 1601, as amended) our company on behalf of the
    above- named creditor hereby provides the following notification:
    *   The creditor may be attempting to collect a debt and any information obtained will be used by them
        for that purpose.
    *   The amount required to reinstate or pay off the Debtor's account will be provided to the Debtor upon
        request. The Debtor should telephone our company or the creditor for a quotation of such amount.
    *   Written request or claims of dispute may be sent to the Creditor or to our company.
    *   You may send us a written request for the name and address of the original creditor, if different from the
        current creditor, and we will obtain and mail the information within thirty (30) days after we receive your
        written request.

3.  As of May 6, 2013 the total delinquency owed was $15,218.07, but this amount will increase daily after
    such date until the delinquency has been fully paid.

4.  As of the date in item Number 3, the amount owed is $1,069,810.19 for unpaid Principal, plus Accrued
    Interest and any Accrued NSF Fees, Escrow Advances, Late Charges, or Suspense Credits and Attorney
    and/or Trustee Fee and Costs that have been incurred. Because these charges may vary from day to day, the
    amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment
    may be necessary after your check is received, in which event you will be informed before the check is
    deposited for collection. For further information you may contact T.D. SERVICE COMPANY by mail at
    4000 W. Metropolitan Drive, Suite 400, Orange, CA  92868-0000 or call (800) 843-0260 or call your
    lender.

5.  You may dispute the validity of this debt, or any portion thereof, by contacting our office within thirty (30)
    days after receiving this notice. In that event, we will obtain from the creditor and mail to you, for the
    creditor, written verification of the debt. Otherwise, we will assume that the debt is valid. The foreclosure
    action can be withdrawn if it is determined by the Creditor that there has been no default or the default has
    been cured or corrected.

6.  You have various rights and duties under state law, which may include the right to reinstate the loan or
    redeem the property from the foreclosure sale. This letter is not a notification or intent to notify you of your
    rights. You should seek independent advice with respect to your rights and obligations under this debt.

DEBTVLD

(714) 543-TDSC (8372) * (800) 843-0260 * FAX: (714) 541-4130 * WWW.TDSF.COM
4000 W . METROPOLITAN DRIVE, SUITE 400, ORANGE CA 92868 * P.O. BOX 11988, SANTA ANA CA 92711-1988

**CONFIDENTIAL**



For further information, contact:
Nationstar Mortgage
350 Highland Drive
Lewisville, TX 75067
(877) 450-8638

DATED: April 29, 2013


T D SERVICE COMPANY OF ARIZONA, AS TRUSTEE

BY _____   BY _____

The Beneficiary may be attempting to collect a debt and any information obtained may be used for that purpose.

**CONFIDENTIAL**

TD_000154

# Recorded Document Search Detail



 View Cart |   **Contact Us**   **New Search**

## Recording Information

| Name(s) | Document Code(s) |
|---|---|
| EMMONS CARSON<br>GARDNER JAY N<br>GARDNER RACHEL B<br>NATIONSTAR MORTGAGE LLC | SUB TRSTE |

| Recording Date/Time | Recording Number | Pages |
|---|---|---|
| 4/27/2016 11:10:54 AM | 20160281086 | 1 |

View Unofficial Documents by clicking the number above.

## Viewing Options

○ PNG - Select to view one page at a time

● PDF - Select to view all the pages

● View Image

**Buy Document**

Unofficial
20:Document

Recording Requested By:
**TITLE 365**

When Recorded Mail To:
**BARRETT DAFFIN FRAPPIER TREDER &
WEISS, LLP
4004 Belt Line Road, Suite 100
Addison, Texas 75001-4320**

APN #: 165-15-016-Q
Property Address:
**3601 EAST MOUNTAIN VIEW ROAD
PHOENIX, ARIZONA 85028**

44!
sa:

Space above this line for Recorder's use only

Trustee Sale No. : 00000004906749      Title Order No. : **730-1301056-70**

## SUBSTITUTION OF TRUSTEE

WHEREAS, **JAY N GARDNER AND RACHEL B GARDNER, HUSBAND AND WIFE** was the original Trustor(s), **MARIN CONVEYANCING CORP.** was the original Trustee and **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") AS NOMINEE FOR, GREENPOINT MORTGAGE FUNDING, INC., ITS SUCCESSORS AND/OR ASSIGNS** was the original Beneficiary under that certain Deed of Trust dated **April 19, 2007** and **Recorded as Instrument No. 20070500849 on April 30, 2007**, of Official Records of **MARICOPA** County, state of Arizona described as:

THE NORTH 205 FEET OF THE WEST HALF OF THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 25, TOWNSHIP 3 NORTH, RANGE 3 EAST OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MARICOPA COUNTY, ARIZONA

WHEREAS, the undersigned present beneficiary under the said Deed of Trust hereby appoints **CARSON EMMONS** whose address is **C/O BDFTW, 4004 Belt Line Road, Suite 100, Addison, Texas 75001-4320** as **Successor Trustee** under said Deed of Trust, and is qualified to act as Successor Trustee per ARS Section 33 803 (A) 2, as a member of the Arizona State Bar.

DATED:  4-19-16

NATIONSTAR MORTGAGE LLC

Rebecca C Wallace - Assistant Secretary

State of Texas

County of Denton

Before me, Ryan Scott Cable , on this day personally appeared   Rebecca C Wallace ,
known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/ she executed the same in his/ her authorized capacity for the purposes and consideration therein expressed.

Given under my hand and seal of this office this  19  day of   April  , 20  16 .

Ryan Scott Cable (Seal)

```
                    RYAN SCOTT CABLE
                Notary Public, State of Texas
                 Comm. Expires 11-06-2017
                   Notary ID 129617663
```



EXHIBIT NO. 33
1/10/17
C. Johnson

# Original Document File Review Checklist

(this document will be placed in the file on top of the docs)

Loan Number REDACTED 3663

RRG

MSP Signon (FLXXX)

| NOTE | | Complete Y / N | Date Complete | BY Initials |
|---|---|---|---|---|
| 1. | Note is an Original with original Signatures | Y | 9-21-11 | RG |
| 2. | Chain of Endorsements is complete | Y | 9-21-11 | RG |

Missing Endorsements / Allonges to be completed:

From: _____

To: _____

From: _____

To: _____

From: _____

To: _____

(additional missing endorsements on back of this page)

3. Note Attestation printed (if WA or VT)/signed & transmitted
   to Foreclosures

## MORTGAGE / DEED OF TRUST

| | | | | |
|---|---|---|---|---|
| 1. | Mtg / DOT is a recorded original & complete | Y | 9-21-11 | RG |
| 2. | Chain of Assignments is Complete/recorded | N | 9-21-11 | RG |

Missing Assignments to be ordered:

From: Mers as Greenpoint Mtg Funding, Inc.

To: Aurora Bank FSB        9-21-11    RG

From: _____

To: _____

From: _____

To: _____

(additional missing assignments on back of this page)

3. Oregon File – MERS Milestone Report / Referral Type:    Judicial _____    Non-Judicial _____

### Stacking Order

1. WA Attestation or OR MERS Milestone Rpt
2. Note
3. Allonges (in order of chain)
4. Addendums
5. Mortgage / Deed of Trust
6. Riders
7. Assignments of Mortgage / Deed of Trust (in order of chain)
8. Modifications / Assignments of Modifications
9. Title Policy
10. MI Certificate
11. Etc.

**CONFIDENTIAL**

NAT_000073

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
20110858688  10/17/2011  03:39
ELECTRONIC RECORDING

EXHIBIT NO. 34
1/10/17
C. Johnson

Recording Requested By:
**AURORA BANK FSB**

985875A-2-1-1--
Hoyp

When Recorded Return To:

ASSIGNMENT PREP
AURORA BANK FSB
P.O. Box 1706
Scottsbluff, NE 69363-1706

985815

## CORPORATE ASSIGNMENT OF DEED OF TRUST

Maricopa, Arizona
REF #:0124453663 "GARDNER"

MERS #: 100013800921615791 SIS #: 1-888-679-6377

Date of Assignment: September 21st, 2011
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS
NOMINEE FOR GREENPOINT MORTGAGE FUNDING, INC., ITS SUCCESSORS
AND/OR ASSIGNS at 1901 E VOORHEES STREET, SUITE C, DANVILLE, IL 61834
Assignee: AURORA BANK FSB at 1000 N. WEST STREET, STE 200, WILMINGTON,
DE 19801

Executed By: JAY N GARDNER AND RACHEL B GARDNER, HUSBAND AND WIFE
To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC AS NOMINEE FOR
GREENPOINT MORTGAGE FUNDING, INC.
Date of Deed of Trust: 04/19/2007 Recorded: 04/30/2007 as Instrument No.:
20070500849 In the County of Maricopa, State of Arizona.

For value received, the said Assignor hereby assigns and transfers to Assignee all its
right, title and interest in and to said Deed of Trust. IN WITNESS WHEREOF, the
assignor has executed these presents the day and year first above written:

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR
GREENPOINT MORTGAGE FUNDING, INC., ITS SUCCESSORS AND/OR ASSIGNS
On September 21st, 2011

By
STACY SANDOZ, Vice-President



*RRG*RRGALSI*09/21/2011 08 38 27 AM* ALSI01ALSIA0000000000000749158* AZMARIC* 0124453663 AZSTATE_ALSI_TRUST_ASSIGN_ASSN *RRGALSI*

Public Record

AMSL 00000153

20110858688

CORPORATE ASSIGNMENT OF DEED OF TRUST Page 2 of 2

STATE OF Nebraska
COUNTY OF Scotts Bluff

On September 21st, 2011, before me, DEB SEIBERT, a Notary Public in and for Scotts Bluff in the State of Nebraska, personally appeared STACY SANDOZ, Vice-President, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

*Deb Seibert*
DEB SEIBERT
Notary Expires: 03/23/2015

> GENERAL NOTARY - State of Nebraska
> DEB SEIBERT
> My Comm. Exp. March 23, 2015

(This area for notarial seal)

*RRG*RRGALSI*09/21/2011 08 36 27 AM* ALSIOIALSIAD0000000000000749158* AZMARIC* 0124453663 A2STATE_ALSI_TRUST_ASSIGN_ASSN **RRGALSI*

Public Record



EXHIBIT NO. 36
1/10/17
C. Johnson

DATE: Wednesday, September 21, 2011

TO: Aurora Bank, FSB ORG ID 1000487

ATTN: Sandy Hanson

RE: MERS Corporate Resolution Appointing MERS Signing Officers

Dear Sir or Madam:

Enclosed is a Corporate Resolution of Mortgage Electronic Registration Systems, Inc. ("MERS") appointing MERS Signing Officers for your company. The list attached to this MERS Corporate Resolution is the official list of MERS Signing Officers approved by MERS, and this list supersedes and replaces any previous MERS Corporate Resolution that appoints MERS Signing Officers for your company. You are responsible for reviewing the list to make sure that it is accurate.

A MERS Signing Officer shall use the title of Assistant Secretary of Mortgage Electronic Registration Systems, Inc. on all documents that are signed for MERS by a Signing Officer. If there is a legal requirement in a state that the document be executed by an individual that holds the office of vice president or above, then it is acceptable for the Signing Officer to use the title of Vice President of Mortgage Electronic Registration Systems, Inc. in those states.

Also, please note that all MERS Signing Officers are required to abide by the MERS® System Rules of Membership.

If you have any questions please contact MERS via email at merssigningofficer@mersinc.org.

MERS 00003

# CORPORATE RESOLUTION OF

## MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

NOW, THEREFORE, BE IT RESOLVED, that the individuals (the "Signing Officers") set forth on the attached list of candidates, as amended from time to time by Mortgage Electronic Registration Systems, Inc. ("MERS") at the request of Aurora Bank, FSB Org ID:1000487 (the "Member"), are officers of the Member, which is a member of the MERS® System , and that each such individual be, and he or she, as the case may be, hereby is, appointed as an assistant secretary and vice president of MERS; and be it further

RESOLVED, that this MERS Corporate Resolution supersedes and replaces any and all previous MERS Corporate Resolutions that appointed Signing Officers for the Member; and be it further

RESOLVED, that the Signing Officers shall be bound to abide by and follow the MERS® System Rules of Membership; and be it further

RESOLVED, that the authority granted to such Signing Officers as assistant secretary and vice president of MERS shall be specifically limited to undertaking only the actions set forth below on behalf of MERS, provided such actions are otherwise taken in accordance with the requirements of applicable laws, rules, and regulations, and further that any action taken by a Signing Officer that is not specifically enumerated below is beyond the scope of the authority granted to such Signing Officer, is ultra vires, and shall be null and void; and be it further

RESOLVED, that each of the Signing Officers be, and hereby is, authorized to perform only the following on behalf of and in the name of MERS:

(1) release the lien of any mortgage loan registered on the MERS® System that is shown to be registered to the Member;

(2) assign the lien of any mortgage loan naming MERS as the mortgagee when the Member is also the current promissory note-holder, or if the mortgage loan is registered on the MERS® System, is shown to be registered to the Member;

(3) execute any and all documents necessary to foreclose upon the property securing any mortgage loan registered on the MERS® System that is shown to be registered to the Member, including but not limited to (a) substitution of trustee on Deeds of Trust, (b) Trustee's Deeds upon sale on behalf of MERS, (c) Affidavits of Non-military Status, (d) Affidavits of Judgment, (e) Affidavits of Debt, (f) quitclaim deeds, and (g) endorsements of promissory notes to VA or HUD on behalf of MERS as a required part of the claims process;

(4)take any and all actions and execute all documents necessary to protect the interest of the Member, the beneficial owner of such mortgage loan, or MERS in any bankruptcy proceeding regarding a loan registered on the MERS ® System that is shown to be registered to the Member, including but not limited to:  (a) executing Proofs of Claim and Affidavits of Movant under 11 U.S.C. Sec. 501-502, Bankruptcy Rule 3001-3003, and applicable local bankruptcy rules, (b) entering a Notice of Appearance, (c) vote for a trustee of the estate of the debtor, (d) vote for a committee of creditors, (e) attend the meeting of creditors of the debtor, or any adjournment thereof, and vote on behalf of the Member, the beneficial owner of such mortgage loan, or MERS, on any question that may be lawfully submitted before creditors in such a meeting, (f) complete, execute, and return a ballot accepting or rejecting a plan, and (g) execute reaffirmation agreements;

(5) take any and all actions and execute all documents necessary to refinance, subordinate, amend or modify any mortgage loan registered on the MERS ® System that is shown to be registered to the Member;

(6) endorse checks made payable to Mortgage Electronic Registration Systems, Inc. to the Member that are received by the Member for payment on any mortgage loan registered on the MERS ® System that is shown to be registered to the Member;

(7) take any such actions and execute such documents as may be necessary to fulfill the Member's servicing obligations to the beneficial owner of such mortgage loan (including mortgage loans that are removed from the MERS ® System as a result of the transfer thereof to a non-member of MERS ® System); and

(8) take such ministerial actions and, in such ministerial capacity, execute and deliver all such instruments and documents as the officer(s) of MERS deem necessary or appropriate in order to effectuate fully the purpose of each and all of the foregoing powers.

I, <u>Avi Marcus</u>, being the <u>Associate Secretary</u> of Mortgage Electronic Registration Systems, Inc., hereby certify that the foregoing is a true copy of a Resolution duly adopted by me pursuant to authority granted by the Board of Directors of MERS, and that it is effective as of **Wednesday, September 21, 2011,** This MERS Corporate Resolution is in full force and effect on this date and it does not conflict with the Certificate of Incorporation or By-Laws of MERS.



Avi Marcus, Associate Secretary

**Aurora Bank, FSB**
ORG ID 1000487
Master List effective as of Wednesday, September 21, 2011

## Mortgage Electronic Registration Systems, Inc.
### Signing Officers

Neva Hall
Lucy A. Lang
Regina Lashley
Deborah Karr
Charlene Maes
Cheryl R. Marchant
Ivet Oneth
Bridget Peck
Pamela J. Pedersen
Helen M. Placente
Eric Prosperi
Nancy L. Walker
Jan Walsh
Claudia Waterman
Michele Rice
Cindy Wester
Cassandra Leet
Stacy Sandoz
Jennifer J. Jackson

MERS 00005

MERS® OnLine

EXHIBIT NO. 57
C. Johnson

Page 1 of 1

 **MERS OnLine**

**The Mortgage Industry's Utility**

www.mersonline
1000001

## Milestones for 1000138-0092161579-1



| Description | Date | Initiating Organization / User | Milestone Information |
|---|---|---|---|
| Deactivate-Assigned from MERS for Default or Bankruptcy | 02/26/2012 | 1000001 Mortgage Electronic Registration Systems, Inc.<br>MERSDBA | MIN Status: Deactivation-Assigned from MERS for Default or Bankruptcy |
| Foreclosure Status Update | 11/11/2011 | 1000487 Aurora Commercial Corp.<br><br>Batch | MIN Status: Active (Registered)<br>Foreclosure Status: Foreclosure Pending (option 1), assigned to servicer |
| MIN Information Update | 08/01/2011 | 1000254 Aurora Loan Services LLC<br><br>Batch | MIN Status: Active (Registered)<br>New Subservicer: 1000487 Aurora Commercial Corp.<br>Old Subservicer: None |
| Transfer Beneficial Rights - Option 2 | 01/03/2011 | 1000254 Aurora Loan Services LLC<br><br>Batch | MIN Status: Active (Registered)<br>New Investor: 1001065 U.S. Bank as Trustee<br>OldInvestor: 1000487 Aurora Commercial Corp.<br>Batch Number: 8038522<br>Transfer Date: 01/03/2011 |
| Transfer Seasoned Servicing Rights | 11/15/2010 | 1000375 GMAC Mortgage, LLC<br><br>Batch | MIN Status: Active (Registered)<br>New Servicer: 1000254 Aurora Loan Services LLC<br>OldServicer: 1000375 GMAC Mortgage, LLC<br>Batch Number: 7841334<br>Sale Date: 11/01/2010<br>Transfer Date: 11/12/2010 |
| Transfer of Flow Servicing Rights | 08/09/2007 | 1000138 GreenPoint Mortgage Funding Inc.<br><br>Batch | MIN Status: Active (Registered)<br>New Servicer: 1000375 GMAC Mortgage, LLC<br>OldServicer: 1000138 GreenPoint Mortgage Funding Inc.<br>Batch Number: 4818789<br>Sale Date: 08/01/2007<br>Transfer Date: 08/01/2007 |
| Transfer Beneficial Rights - Option 2 | 06/08/2007 | 1000138 GreenPoint Mortgage Funding Inc.<br><br>Batch | MIN Status: Active (Registered)<br>New Investor: 1000487 Aurora Commercial Corp.<br>OldInvestor: 1000138 GreenPoint Mortgage Funding Inc.<br>Batch Number: 4666408<br>Transfer Date: 06/07/2007 |
| Registration | 05/08/2007 | 1000138 GreenPoint Mortgage Funding Inc.<br>Batch | MIN Status: Active (Registered)<br>Servicer: 1000138 GreenPoint Mortgage Funding Inc. |

MERS 00002

MERS® OnLine

EXHIBIT NO. 38
1/10/17
C. Johnson

Page 1 of 1

## Min Summary

**Summary**

1000138-0092161579-1

3601 E MOUNTAIN VIEW RD
PHOENIX, AZ 85028

| | | | |
|---|---|---|---|
| | | **Deactivation-Assigned from MERS for Default or Bankruptcy** | |
| | | MOM | |
| | | First Lien | |
| Reg Date | 05/08/2007 | | |
| County/Place | Maricopa County | Owner Occupied | N/A |
| Primary Borrower | GARDNER, JAY | SSN | XXX-XX-XXXX |
| Co-Borrower | GARDNER, RACHEL | SSN | XXX-XX-XXXX |
| Note Amount | $960,000.00 | Note Date | 04/30/2007 |
| Pool Number | N/A | Investor Loan Number | 0124453663 |
| Securitization | N/A | | |
| Servicer | 1000254 - Aurora Loan Services LLC | | |
| Custodian | 9999999 - Non-MERS Member | | |
| Investor | 1001065 - U.S. Bank as Trustee | | |
| Subservicer | 1000487 - Aurora Commercial Corp. | | |
| Interim Funder | N/A | | |
| Originating Organization | N/A | | |
| Property Preservation Co. | N/A | | |

**Pending Batches**

| Batch Number | Transfer Type | Status | Transfer Date | Sale Date |
|---|---|---|---|---|
| No Pending Batches! | | | | |

Richardson
EXHIBIT NO. 40
1/5/17
C. Johnson



**MERS® System Terms&Conditions**

1. MERSCORP Holdings, Inc. ("MERSCORP Holdings") and Mortgage Electronic Registration Systems, Inc. ("MERS") (collectively, the "Companies")[1], and the Member shall abide by these Terms and Conditions ("T&C"), the MERS® System Rules of Membership (the "Rules"), and applicable Procedures (collectively, the "Governing Documents"), copies of which will be supplied upon request.  The Governing Documents shall be a part of the terms and conditions of every transaction that the Member may make or have with the Companies or the MERS® System either directly or through a third party.  The Member shall be bound by any amendment to any of the Governing Documents.

2. The Member, at its own expense, shall promptly, or as soon as practicable, cause MERS to appear in the appropriate public records as the mortgagee of record with respect to each mortgage loan that the Member registers on the MERS® System (each, a "MERS Loan")[2].  MERS shall serve as mortgagee of record with respect to all MERS Loans solely as a nominee, in an administrative capacity, for the beneficial owner or owners thereof from time to time.  MERS shall have no rights whatsoever to any payments made on account of MERSLoans, to any servicing rights related to MERS Loans, or to any mortgaged properties securing MERS Loans.  MERS agrees not to assert any rights (other than rights specified in the Governing Documents) with respect to MERS Loans or mortgaged properties.  References herein to "mortgage(s)" and "mortgagee of record" shall include deed(s) of trust and beneficiary under a deed of trust and any other form of security instrument under applicable state law.

3. The Companies shall, at all times, comply with the instructions of the holder of mortgage loan promissory notes regarding a MERS Loan.  In the absence of contrary instructions from the note holder, the Companies shall comply with instructions from the Servicer shown on the MERS® System in accordance with the Rules and/or applicable Procedures.

4. No rights or obligations of the Member with respect to any data or information supplied to the Companies by or on behalf of the Member shall be altered or affected in any manner by the provision of such data or information to the Companies (except as otherwise specifically provided in these T&C or the Rules).

5. If the Member uses MERS as Original Mortgagee ("MOM") on the security instrument, the loan must be registered on the MERS® System within 10 days of the Note Date.

6. The Companies and the Member agree that: (i) the MERS® System is not a vehicle for creating or transferring beneficial interests in mortgage loans, (ii) transfers of servicing interests reflected on the MERS® System are subject to the consent of the beneficial owner of the mortgage loans, and (iii) MERS® membership or a Member's use of the MERS® System shall not modify or supersede any agreement between or among the Members having interests in mortgage loans registered on the MERS® System.

7. If the Member has a thirdparty register loans (the "Registrar") on the MERS® System on behalf of the Member, the Registrar shall not be deemed an agent of MERS or of MERSCORP Holdings.  The Registrar shall be solely an agent for the Member, and the Companies are only giving consent to the Member to use a Registrar to enter information on the MERS® System on behalf of the Member.  The Member agrees that the Companies are not liable to the Member for any errors and omissions, negligence, breach of confidentiality, breach of the Rules and/or applicable Procedures, or willful misconduct of the Registrar, or any employee, director, officer, agent or affiliate of the Registrar in performing its services to the Member.

8. The Member shall promptly pay MERSCORP Holdingsthe compensation due for transactions registered on the MERS® System and other services rendered to the Member based on the then current MERS® System fee schedules, which may change from time to time.  The Member shall promptly pay MERSCORP Holdingsany interest and penalties on delinquent fee payments at the rate set by MERSCORP Holdingsfrom time to time.  MERSCORP Holdingsshall have the authority to impose reasonable penalties and fines on Members for breach of the Governing Documents, and the Member shall promptly pay such fines in accordance with the terms of their imposition.

9. The Companies shall indemnify and hold harmless the Member, and any employee, director, officer, agent or affiliate of the Member (a "Member Party"), from and against any and all third-party claims, losses, penalties, fines, forfeitures, reasonable attorney fees and related costs, judgments, and any other costs, fees and expenses ("Indemnified Payments") that the Member Party may sustain directly from the negligence, errors and omissions, breach of confidentiality, breach of the

---

[1]MERSCORP Holdings is the service provider for MERS.
[2]MERS Loans also include any mortgage loan that is shown to be registered to the Member on the MERS® System.

Governing Documents, or willful misconduct of the Companies, or any employee, director, officer, agent or affiliate of the Companies (a "MERSCORP Holdings/MERS Indemnified Claim"). Notwithstanding the foregoing, the Companies shall not be liable or responsible under the terms of this Paragraph for any losses or claimsresulting from the actions or omissions of any person other than an employee, director, officer, agent or affiliate of the Companies.

The Member shall indemnify and hold harmless the Companies, and any employee, director, officer, agent or affiliate of the Companies (each, a "MERSCORP Holdings/MERS Party"), for any Indemnified Payments which do not result from a MERSCORP Holdings/MERS Indemnified Claim and which such MERSCORP Holdings/MERS Party incurs (i) from the negligence, errors and omissions, breach of confidentiality, breach of the Governing Documents, or willful misconduct of a Member Party, (ii) with respect to a transaction on the MERS® System initiated by such Member, or (iii) as a result of compliance by the Companies with instructions given by the Member, or its designee, as beneficial owner, servicer or secured party shown on the MERS® System (a "Member Indemnified Claim").

The Companies shall promptly notify the Member if a claim is made by a third party against either the Companies or the Member with respect to any MERS Loan in which the Member is shown on the MERS® System as beneficial owner, servicer or secured party in accordance with the Rules and/or applicable Procedures. The Member shall promptly notify the Companies if a claim is made against the Member that may be subject to the indemnification provisions of this Paragraph.

The obligations of the Companies and the Member under this Paragraph shall survive the termination of the Member's use of the MERS® System and the Member's MERS® membership.

10. The Companies and the Member shall maintain appropriate insurance coverage that shall include an errors and omissions insurance policy, as well as a fidelity bond. The Companies shall not be required to maintain coverage for persons who may be appointed at the request of the Member as MERS Signing Officers. The Member's policies shall protect and insure the Companies against losses in connection with the release or satisfaction of a mortgage loan without having obtained payment in full of the indebtedness secured thereby. Upon request, the Companies or the Member shall cause to be delivered to the other a certified true copy of such errors and omissions insurance policy and fidelity bond.

In the event of any loss of principal or interest on a mortgage loan or any Indemnified Payments for which reimbursement is received from a fidelity bond or any errors and omissions insurance policy or other insurance policy, the proceeds from any such bond or insurance shall be held in trust for and be promptly paid to the Member who is shown as the servicer on the MERS® System on behalf of the beneficial owner unless otherwise requested by the beneficial owner.

11. Any notice or other communication which is required or permitted to be given or made to the Companies pursuant to any provision of the Governing Documents shall be given or made in writing, and shall be sent by nationally recognized overnight courier or facsimile, followed by delivery of the original via first class mail, addressed as follows: MERSCORP Holdings, Inc., Corporate Secretary, 1818 Library Street, Suite 300, Reston, VA 20190.

12. These T&C and all transactions effected by the Member with the Companies shall be governed by and construed in accordance with the laws of the Commonwealth of Virginia without regard to its choice of law provisions.

13. Neither the Member nor the Companies shall institute a proceeding before any tribunal to resolve any controversy or claim arising out of or relating to the Governing Documents, or the breach, termination or invalidity thereof (a "Dispute), before such party has sought to resolve the Dispute through direct negotiation with the other party. If the Dispute is not resolved within thirty (30) days after a written demand for direct negotiation, the parties shall attempt to resolve the Dispute through mediation. If the parties do not promptly agree on a mediator, either party may request the then chief judge of the Circuit Court of Fairfax County, Virginia to appoint a mediator. All mediation proceedings hereunder shall be held in Washington, D.C. If the mediator is unable to facilitate a settlement of the Dispute within a reasonable period of time, as determined by the mediator, the mediator shall issue a written statement to the parties to that effect, and the aggrieved party may then seek relief in accordance with the arbitration provisions of this Paragraph. The fees and expenses of the mediator shall be paid by the party initiating the Dispute.

In the event that the Member and the Companies are not able to resolve a Dispute in accordance with the mediation provisions of this Paragraph, such Dispute shall be settled by binding arbitration administered by the American Arbitration Association under its Commercial Arbitration Rules, and judgment on the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof; provided, however, that the place of arbitration shall be Washington, DC, and fees and expenses for the arbitration proceedings shall be paid by the party initiating arbitration.





2141 5th Avenue • San Diego, CA 92101 • 619-645-7711

10/14/2011



**Aurora Bank FSB**
**10350 Park Meadows Dr.**
**Littleton, CO 80124**

RE:     **Substitution of Trustee**
        Borrower(s):      **JAY GARDNER, RACHEL GARDNER**
        Property Address:   **3601E MOUNTAIN VIEW RD, PHOENIX, AZ 85028**
        MERS MIN No.:   REDACTED  **5791**

Dear **Aurora Bank FSB,**

Enclosed is a draft of the **Substitution of Trustee**. This document is needed in order for us to advance the non-judicial foreclosure that we are processing for you. Per your instructions, the attached document was prepared by us and contains information relative to this loan based on information provided to us during the course of the foreclosure by either you or your vendor.

Please review this document to confirm that the information and assertions set forth are true and correct. Once the accuracy of this document has been confirmed please detach this letter from the document, have the document signed and return it to us. Should a challenge ever be made to the foreclosure, you may be called to testify regarding this document.

To assist you in confirming that all elements of the document are accurate, we have verified the following information based on our records maintained in the ordinary course of business relative to this Loan:

    T.S. No.:     **AZ-11-474537-CL**
    Order No.:    **985875**

If you have any questions or concerns relative to this document or find any errors please contact us immediately and we will revise as needed.

Thank you for your assistance and as always we appreciate you allowing us to be of service.

## PLEASE DO NOT RETURN THIS NOTICE WITH THE EXECUTED DOCUMENT

encl.: stated

**CONFIDENTIAL**                    NAT_002020

Recording requested by:

When recorded mail to:

QUALITY LOAN SERVICE CORPORATION
2141 5th Avenue
San Diego, CA 92101
619-645-7711

TS No.: **AZ-11-474537-CL**                                   Space above this line for recorders use
Order No.: **985875**
**MERS MIN No.: 1** REDACTED **5791 MERS Telephone No. 1-888-679-6377**

## Substitution of Trustee

WHEREAS, **JAY N. GARDNER AND RACHEL B. GARDNER, HUSBAND AND WIFE** was the original Trustor, **MARIN CONVEYANCING CORP.** was the original Trustee, and **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., AS NOMINEE FOR GREENPOINT MORTGAGE FUNDING, INC., A CORPORATION** was the original Beneficiary under that certain Deed of Trust dated **4/19/2007** and recorded on **4/30/2007** as Instrument No. **20070500849**,       of Official Records of **MARICOPA** County, **AZ** describing land therein as THE NORTH 205 FEET OF THE WEST HALF OF THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 25, TOWNSHIP 3 NORTH, RANGE 3 EAST OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MARICOPA COUNTY, ARIZONA.. and;

WHEREAS, the undersigned is the present Beneficiary under said Deed of Trust, and

WHEREAS, the undersigned desires to substitute a new Trustee under said Deed of Trust in place and stead of said original Trustee, or Successor Trustee, thereunder, in the manner provided for in said Deed of Trust,

NOW, THEREFORE, the undersigned hereby substitutes **QUALITY LOAN SERVICE CORPORATION ,** a California Corporation as Trustee under said Deed of Trust.

The successor trustee qualifies to act as a trustee under A.R.S. §33-803(A)(1) in its capacity as a licensed Arizona escrow agent.

**CONFIDENTIAL**                                                    **NAT_002021**

TS No.: **AZ-11-474537-CL**
Page 2

Aurora Bank FSB

By: _____

State of: _____ )

County of: _____ )

On _____ before me, _____ a notary public,
personally appeared _____ who proved to me on the basis of
satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and
acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and
that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the
person(s) acted, executed the instrument.

WITNESS my hand and official seal.          **(Seal)**

_____
Signature

**CONFIDENTIAL**                    **NAT_002022**

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
20110923343   11/07/2011   03:35
ELECTRONIC RECORDING

Recording Requested By
ServiceLink

Recording requested by:

When recorded mail to:

QUALITY LOAN SERVICE CORPORATION
2141 5th Avenue
San Diego, CA 92101
619-645-7711

985875S-2-1-1--
chagollaj



EXHIBIT NO. 45
C. Johnson

TS No.: **AZ-11-474537-CL**                          Space above this line for recorders use
Order No.: 985875
**MERS MIN No.: 100013800921615791 MERS Telephone No. 1-888-679-6377**

## Substitution of Trustee

WHEREAS, **JAY N. GARDNER AND RACHEL B. GARDNER, HUSBAND AND WIFE** was the original Trustor, **MARIN CONVEYANCING CORP.** was the original Trustee, and **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., AS NOMINEE FOR GREENPOINT MORTGAGE FUNDING, INC., A CORPORATION** was the original Beneficiary under that certain Deed of Trust dated **4/19/2007** and recorded on **4/30/2007** as Instrument No. **20070500849**,      of Official Records of **MARICOPA** County, **AZ** describing land therein as THE NORTH 205 FEET OF THE WEST HALF OF THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 25, TOWNSHIP 3 NORTH, RANGE 3 EAST OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MARICOPA COUNTY, ARIZONA.. and;

WHEREAS, the undersigned is the present Beneficiary under said Deed of Trust, and

WHEREAS, the undersigned desires to substitute a new Trustee under said Deed of Trust in place and stead of said original Trustee, or Successor Trustee, thereunder, in the manner provided for in said Deed of Trust,

NOW, THEREFORE, the undersigned hereby substitutes **QUALITY LOAN SERVICE CORPORATION** , a California Corporation as Trustee under said Deed of Trust.

The successor trustee qualifies to act as a trustee under A.R.S. §33-803(A)(1) in its capacity as a licensed Arizona escrow agent.

AMSL 00000155

20110923343

TS No.: **AZ-11-474537-CL**
Page 2

Aurora Bank FSB

By: _Michelle Rice_ (signature)

Michele Rice
Vice President

State of: IN

County of: Marion,

On 10-25-2011 before me, David A. Davis a notary public,
personally appeared Michele Rice who proved to me on the basis of
satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and
acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and
that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the
person(s) acted, executed the instrument.

WITNESS my hand and official seal.          (Seal)          David A. Davis
                                                            Notary Public
_David A. Davis_ (signature)                                Seal
                                                            State of Indiana
Signature                                          My Commission Expires Aug. 19, 2016

AMSL 00000156

EXHIBIT NO. 46
1/15/17
C. Johnson



Quality Loan Service Corp.
2141 5th Avenue
San Diego, CA 92101

7103 9628 5941 9041 2425



AZ-11-474537-CL
JAY GARDNER
3601 E MOUNTAIN VIEW RD
PHOENIX, AZ 85028

10016519

Gardner 000050

**Quality Loan Service Corp.**
**2141 5th Avenue**
**San Diego, CA 92101**
**(866) 645-7711**

Date: **11/9/2011**

T.S. Number: **AZ-11-474537-CL**

## DEBT VALIDATION NOTICE

1.  This Debt Validation Notice pertains to the debt/loan secured by the Deed of Trust dated **4/19/2007,** executed by **JAY N. GARDNER AND RACHEL B. GARDNER, HUSBAND AND WIFE,** as Trustor, in favor of **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., AS NOMINEE FOR GREENPOINT MORTGAGE FUNDING, INC., A CORPORATION,** as beneficiary, which was recorded on **4/30/2007,** as Instrument No. **20070500849** in Official Records in the Office of the Recorder of **MARICOPA** County, State of **AZ.**

    The debt/loan is currently owed to : **Aurora Bank FSB**

2.  If you send us a request in writing at the above listed address within thirty (30) days from the date of your receipt of this notice we will provide you with the name and address of the original creditor/lender.

3.  As of **11/9/2011** the total amount owed on this debt/loan is **$1,041,954.47.** Please be advised that because of accruing interest, late charges, and other charges that may vary from day to day this amount will increase until the debt/loan has been fully paid. Therefore, please do not send us this sum without confirming with us what is currently owed. In order to determine what is owed to pay this debt/loan off in full please contact us at the address or phone number listed above.

4.  You need not pay the entire amount listed in Paragraph 3 above to stop the pending foreclosure. As of **11/9/2011** the amount that would need to be paid to bring your loan current and to thereby stop the pending foreclosure is **$23,181.50.** Please be advised that because of accruing interest, late charges, and other charges that may vary from day to day this amount will increase until the delinquency has been fully paid. Therefore, please do not send us this sum without confirming with us what is currently owed. In order to determine what is owed please contact us at the address or phone number listed above.

5.  If you dispute this debt, or any portion of it, you must advise us in writing, at the address listed above, within thirty (30) days from date of your receipt of this notice. In that event, we will obtain and mail to you written verification of the debt. If no dispute to the debt, or any portion of it is not timely submitted we will assume that the debt is valid.

### WE ARE ATTEMPTING TO COLLECT A DEBT, AND ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE.

Gardner 000051

# STATEMENT OF BREACH OR NON-PERFORMANCE

|| || ||| ||||| ||||| |||| ||||| ||| |||| ||| |||| ||||

TS No.:  **AZ-11-474537-CL**

NOTICE IS HEREBY GIVEN that a breach or non-performance of the Trust Deed mentioned in the "Notice of Trustee's Sale" to which this Statement of Breach or Non-Performance is attached has occurred. The nature of such breach of non-performance is as follows:

The installments of principal and interest which became due on 6/1/2011, and all subsequent installments of principal and interest through the date of this Notice, plus amounts that are due for late charges, delinquent property taxes, insurance premiums, advances made on senior liens, taxes and/or insurance, trustee's fees, and any attorney fees and court costs arising from or associated with the beneficiaries efforts to protect and preserve its security, all of which must be paid as a condition of reinstatement, including all sums that shall accrue through reinstatement or pay-off. Nothing in this notice shall be construed as a waiver of any fees owing to the Beneficiary under the Deed of Trust pursuant to the terms of the loan documents.

Beneficiary represents the address of the property in default as:

Purported Street Address:     3601 E MOUNTAIN VIEW RD, PHOENIX, AZ 85028

The Beneficiary elects to sell or cause to be sold such property under the Trust Deed.

Dated: 11/9/2011                          Aurora Bank FSB, by Quality Loan Service Corp., as agent

_Vanessa S._

Vanessa Sisk, AZ FC Support Processor

IF YOUR PROPERTY IS IN FORECLOSURE because you are delinquent in payments, it may be sold without any court action as stated in the enclosed Notice of Trustee's Sale. You have the legal right to bring your account in good standing by paying all your past due payments plus permitted costs and expenses before 5:00 p.m. mountain standard time on the last day other than a Saturday or legal holiday before the date of sale or the filing of an action to foreclose the trust deed.

IF YOUR INTEREST IN THE TRUST PROPERTY IS SUBORDINATE in priority to that of the Deed of Trust, being foreclosed your interest may be subject to being terminated by the Trustee's Sale.

To find out the amount you must pay or to arrange for payment to stop the foreclosure or if your property is in foreclosure for any other reason, contact:

Aurora Bank FSB
10350 Park Meadows Dr.
Littleton, CO 80124

800-880-0128

Gardner 000052

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
20110932186  11/09/2011  04:33
ELECTRONIC RECORDING

985875-2-1-1--
chagollaj

Recording requested by:

When recorded mail to:

Quality Loan Service Corp.
2141 5th Avenue
San Diego, CA 92101

Richardson
EXHIBIT NO. 47
1/12/17
C. Johnson

TS No.: **AZ-11-474537-CL**
Order No.: **985875**

Space above this line for recorders use

# Notice of Trustee's Sale

The following legally described trust property will be sold, pursuant to the power of Sale under that certain Deed of Trust dated 4/19/2007 and recorded 4/30/2007 as Instrument 20070500849,   in the office of the County Recorder of MARICOPA County, Arizona  at public auction to the highest bidder:

| | |
|---|---|
| Sale Date and Time: | 2/8/2012 at 12:30:00 PM |
| Sale Location: | At the main entrance of the Superior Court Building, 201 West Jefferson, Phoenix, AZ |
| Legal Description: | THE NORTH 205 FEET OF THE WEST HALF OF THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 25, TOWNSHIP 3 NORTH, RANGE 3 EAST OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MARICOPA COUNTY, ARIZONA. |
| Purported Street Address: | 3601 E MOUNTAIN VIEW RD, PHOENIX, AZ 85028 |
| Tax Parcel Number: | 165-15-016Q4 |
| Original Principal Balance: | $960,000.00 |
| Name and Address of Current Beneficiary: | Aurora Bank FSB
C/O Aurora Bank FSB
10350 Park Meadows Dr.
Littleton, CO 80124 |
| Name(s) and Address(s) of Original Trustor(s): | JAY N. GARDNER AND RACHEL B. GARDNER, HUSBAND AND WIFE
3601 East Mountain View Road, Phoenix, AZ 85028 |
| Name and Address of Trustee/Agent: | Quality Loan Service Corporation
2141 5th Avenue, San Diego, CA 92101
Phone: (866)-645-7711
Sales Line: 714-573-1965 |

Gardner 000055

Login to: www.priorityposting.com
AZ-11-474537-CL

**The successor trustee qualifies to act as a trustee under A.R.S. §33-803(A)(1) in its capacity as a licensed Arizona escrow agent regulated by the Department of Financial Institutions.**

If the sale is set aside for any reason, including if the Trustee is unable to convey title, the Purchaser at the sale shall be entitled only to a return of the monies paid to the Trustee. This shall be the Purchaser's sole and exclusive remedy. The purchaser shall have no further recourse against the Trustor, the Trustee, the Beneficiary, the Beneficiary's Agent, or the Beneficiary's Attorney.

If you have previously been discharged through bankruptcy, you may have been released of personal liability for this loan in which case this letter is intended to exercise the note holders right's against the real property only.

**THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit report agency if you fail to fulfill the terms of your credit obligations.

Dated:     **NOV 0 9 2011**

QUALITY LOAN SERVICE CORPORATION

By: **Vanessa Sisk, Assistant Secretary**

State of: **California**   )
                          ) ss
County of: **San Diego**   )

On **NOV 0 9 2011**                before me, **B. Perez,** a notary public, personally appeared **Vanessa Sisk,** who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of *California* that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)
           **B. Perez**

B. PEREZ
Commission # 1903663
Notary Public - California
San Diego County
My Comm. Expires Sep 15, 2014

Gardner 000056



Nationstar MORTGAGE™  350 Highland Drive  Lewisville, TX 75067

EXHIBIT NO. 49
1/10/17
C. Johnson

July 15, 2012

63541 0000377                                    RE: Nationstar Mortgage LLC Loan Number: 0600403745

JAY N GARDNER
RACHEL B GARDNER
3601 E MOUNTAIN VIEW RD
PHOENIX AZ  85028-4025

Dear JAY N GARDNER

Welcome to Nationstar Mortgage!

We look forward to servicing your loan on behalf of U.S. BANK, TRUSTEE, LXS SERIES 2007-15N.

- Your total debt at the time of the transfer is $1,068,459.85. This amount includes your outstanding Unpaid Principal Balance of $1,021,432.62, $37,073.15 in Interest, $648.36 from Fees, and $3,643.04 from expenses paid on your behalf.

- This debt is owed to U.S. BANK, TRUSTEE, LXS SERIES 2007-15N, but is being serviced by Nationstar.

- Unless you dispute the validity of this debt, or any portion thereof, in writing within thirty (30) days after receipt of this notice, the debt will be assumed to be valid by Nationstar.

- If you notify Nationstar in writing within this thirty (30) day period that the debt, or any portion thereof, is disputed, Nationstar will obtain verification of the debt and a copy of such verification will be sent to you.

We welcome you to Nationstar Mortgage and look forward to being your mortgage servicer.

        Mail written disputes to:
        Nationstar Mortgage LLC
        Attn: Research Department
        350 Highland Drive
        Lewisville, TX 75067

For Customer Service Inquiries, call toll free at 1-888-850-9398.

Sincerely,

Nationstar Mortgage LLC

*Nationstar is a debt collector.  This is an attempt to collect a debt and any information obtained will be used for that purpose.*

www.MyNationstarMtg.com

Gardner 000043

