IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

JAY N. GARDNER and
RACHEL B. GARDNER           v.     NATIONSTAR MORTGAGE, et al.

JUDGE H. RUSSEL HOLLAND            CASE NO.   2:13-cv-1641-HRH
                                   (Consol. with No. 2:13-cv-2478-HRH)

PROCEEDINGS:   ORDER FROM CHAMBERS

In preparation for oral argument on defendants' pending motion for summary judgment, the court requests assistance from the parties in the following particulars.

Each of plaintiffs and defendants have filed copies of the Gardners' promissory note with their respective briefs. Plaintiffs' Exhibit 5[1] discloses an assignment of the Gardners' note. Defendants' Exhibit 1[2] omits the assignment page from the note.

(a) Is the court correct is assuming that defendants agree that the Gardners' note has been endorsed in blank in favor of the current holder of the note?

&lt;and&gt;

(b) Defendants will please advise who (which entity) has physical possession of the Gardners' note.

---

[1]Plaintiffs' Response to Motion for Summary Judgment, Docket No. 161-7, page 33 of 172.

[2]Defendants Nationstar Mortgage, LLC, T.D. Service Company of Arizona, and U.S. Bank, N.A.'s, Motion for Summary Judgment, Docket No. 147-1, page 3 of 312.

Order from Chambers – Additional Documents Required                    - 1 -

Plaintiffs' Exhibit 5[3] contains a "MERS Milestone Report" with respect to the Gardners' loan. That report reflects a June 8, 2007, and January 3, 2011, transfer of beneficial rights with respect to the Gardners' loan. Defendants will please produce and file with the court a copy of each of the documents giving rise to the foregoing notations in the report.

=====

---

[3]Plaintiffs' Response to Motion for Summary Judgment, Docket No. 161-7, page 118 of 172.

Order from Chambers – Additional Documents Required                                                      - 2 -