Barbara J. Forde (013220)
BARBARA J. FORDE, P.C.
20247 N. 86th Street
Scottsdale, AZ  85255
(602) 721-3177
BarbaraJForde@gmail.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| JAY N. GARDNER and RACHEL B. GARDNER, Husband and Wife;<br><br>    Plaintiffs,<br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware Limited Liability Company; et al,<br><br>    Defendants. | Case No. 2:13-cv-01641-HRH<br><br>[Consolidated with No. 2:13-cv-02478-HRH]<br><br>**NOTICE OF APPEAL** |
| JAY N. GARDNER and RACHEL B. GARDNER, Husband and Wife;<br><br>    Plaintiffs,<br>v.<br><br>NATIONSTAR MORTGAGE LLC, a foreign Limited Liability Company authorized to conduct business in the State of Arizona; et al,<br><br>    Defendants. | |

Plaintiffs Jay and Rachel Gardner hereby file their Notice of Appeal, to the United States Court of Appeals for the Ninth Circuit, from:

   (1)   Order re Motion for Protective Order (Doc 162);

   (2)   Order Denying Motion for Reconsideration (Doc. 165);

(3) Order on Motion for Summary Judgment (Doc 187).

RESPECTFULLY SUBMITTED this 26th day of July, 2017.

**BARBARA J. FORDE, P.C.**

By: _s/Barbara J. Forde_____
Barbara J. Forde, Esq.
20247 N. 86th Street
Scottsdale, AZ  85255
*Attorney for Plaintiffs*

Copy of the foregoing served via
ECF system on July 26, 2017 to:

Brian J. Schulman
GREENBERG TAURIG, LLP
2375 East Camelback Road, Suite 700
Phoenix, Arizona 85016
*Attorneys for Defendants Nationstar Mortgage LLC,
T.D. Service Company of Arizona, and U.S. Bank, N.A., as Trustee*

s/Barbara J. Forde