

FILED

UNITED STATES COURT OF APPEALS

FEB 13 2018

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAY N. GARDNER, Husband and RACHEL B. GARDNER, Wife, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> NATIONSTAR MORTGAGE, LLC, a Delaware Limited Liability Company; et al., <br><br> Defendants-Appellees. | No.  17-16504 <br><br> D.C. Nos.  2:13-cv-01641-HRH <br> 2:13-cv-02478-HRH <br> District of Arizona, <br> Phoenix <br><br><br> ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 17), this appeal is voluntarily dismissed.  Fed. R. App. P. 42(b).  The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:


By: Ann Julius
Circuit Mediator

aj/mediation